FILED

MAR - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | 5 :26 CR 0 0 1 1 5 |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, Sections |
| DESHAWN JEFFERY, ) | 922(g)(9), 924(a)(8), and 924(c)(1)(A) |
| ) | (i); Title 21, United States Code, |
| Defendant. ) | Sections 841(a)(1), (b)(1)(A)(viii), (b)(1) |
| ) | (B)(vi), and (b)(1)(C) |

**JUDGE GAUGHAN**

COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

1.      On or about April 29, 2025, in the Northern District of Ohio, Eastern Division,

Defendant DESHAWN JEFFERY knowingly and intentionally possessed with intent to

distribute more than 500 grams of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 2
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

2.      On or about April 29, 2025, in the Northern District of Ohio, Eastern Division,

Defendant DESHAWN JEFFERY knowingly and intentionally possessed with intent to

distribute more than 40 grams of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 3
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3.      On or about April 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN JEFFERY knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession of a Firearm by a Person with Domestic Violence Conviction,
18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

4.      On or about April 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN JEFFERY, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about April 15, 2025, in case number CR-2024-12-4032 in the Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, model SD 40 2.0, .40 caliber, semi-automatic pistol, bearing serial number EHP8768, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

2

COUNT 5
(Possessing a Firearm in Furtherance of Drug Trafficking Crimes,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

5. On or about April 29 2025, in the Northern District of Ohio, Eastern Division, Defendant DESHAWN JEFFERY knowingly possessed a firearm, to wit: a Smith and Wesson, model SD 40 2.0, .40 caliber, semi-automatic pistol, bearing serial number EHP8768, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being: Possession with Intent to Distribute Methamphetamine as charged in Count 1, Possession with Intent to Distribute Fentanyl as charged in Count 2, and Possession with Intent to Distribute Cocaine as charged in Count 3 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

6. The allegations contained in Counts 1 through 5 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendant DESHAWN JEFFERY shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the

3

commission of the firearms offense charged herein; including, but not limited to, the following:

    a.  Smith and Wesson, model SD 40 2.0, .40 caliber, semi-automatic pistol, bearing serial number EHP8768, with any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.